**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KARISSA BETH COLLINS,<br>Plaintiff,<br>v.<br>META PLATFORMS, INC.,<br>Defendant. | Case No. 26-CV-5708 |

## <u>NOTICE OF MOTION TO ADMIT COUNSEL *PRO HAC VICE*</u>

Pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for Southern and Eastern Districts of New York, Bradley A Marcus hereby moves this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendant Meta Platforms, Inc. in the above-captioned action.

I am a member in good standing of the Bar of the State of Maryland and of the District of Columbia and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached a declaration pursuant to Local Rule 1.3.

Dated: August 3, 2026

By: *<u>/s/ Bradley A. Marcus</u>*

Bradley A. Marcus
ORRICK, HERRINGTON & SUTCLIFFE LLP
2100 Pennsylvania Ave. NW
Washington, D.C. 20037
Telephone (202) 349-8021

bmarcus@orrick.com

*Attorney for Defendant*
*Meta Platforms, Inc.*