**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KARISSA BETH COLLINS,<br><br>Plaintiff,<br><br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 26-CV-5708 |

**DECLARATION OF BRADLEY A. MARCUS IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

I, Bradley A. Marcus, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner with the law firm of Orrick, Herrington & Sutcliffe LLP.

2. I submit this declaration in support of my motion for admission to practice *pro hac vice* in the above captioned action.

3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the Bar of the State of Maryland and of the District of Columbia.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. I have not been convicted of a felony.

6. I have not been censured, suspended, disbarred or denied admission or readmission by any court.

7. Wherefore I, Bradley A. Marcus, respectfully request that I be permitted to appear as counsel and advocate *pro hac vice* in this action for Defendant Meta Platforms, Inc.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 3, 2026

*/s/ Bradley A. Marcus*
Bradley A. Marcus