**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

KARISSA BETH COLLINS,

Plaintiff,

v.

META PLATFORMS, INC.,

Defendant.

Case No. 26-CV-5708

**[PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE***

The motion of Bradley A. Marcus for admission to appear *pro hac vice* in the above captioned matter is granted.

Applicant has declared that he is a member in good standing of the Bar of the State of Maryland and of the District of Columbia; and that his contact information is as follows:

Bradley A. Marcus
ORRICK, HERRINGTON & SUTCLIFFE LLP
2100 Pennsylvania Ave. NW
Washington, D.C. 20037
Tel. (202) 349-8021
Fax. (202) 339-8500
bmarcus@orrick.com

Bradley A. Marcus, having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant Meta Platforms, Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that Bradley A. Marcus is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing the discipline of attorneys.

Dated: August __, 2026

______________________________
United States District Judge