UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
KARISSA BETH COLLINS,

Plaintiff,

v. Case No. 1:26-cv-05708 (JSR)

META PLATFORMS, INC.,

Defendant.
---------------------------------------------------------X

**NOTICE OF APPEARANCE OF CO-COUNSEL FOR PLAINTIFF**

TO: THE CLERK OF COURT AND ALL PARTIES OF RECORD

PLEASE TAKE NOTICE that Mayer Jotkowitz, Esq., an attorney admitted to practice before the United States District Court for the Southern District of New York, hereby enters his appearance as co-counsel for Plaintiff Karissa Beth Collins in the above-captioned action and will appear on Plaintiff's behalf in this matter.

Mr. Jotkowitz appears as co-counsel for Plaintiff together with Elliot M. Elo, Esq. of The Law Office of Elliot M. Elo, Esq. PLLC, who remains counsel of record for Plaintiff.

The undersigned respectfully requests that all future notices, correspondence, orders, and submissions in this action be directed to the undersigned and to Mr. Elo, and that the Clerk associate the undersigned with Plaintiff Karissa Beth Collins on the docket and enable the undersigned to receive Notices of Electronic Filing in this action.

Respectfully submitted,

Dated: August 18, 2026
New York, New York

By: s/ Mayer Jotkowitz
Mayer Jotkowitz, Esq.
187 Clifton Place #B1
Brooklyn, New York 11216
Telephone: (845) 304-6728
Email: mjotkowitz@gmail.com

*Co-Counsel for Plaintiff*
*Karissa Beth Collins*

**CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing was served upon all parties of record via CM/ECF.

Dated: August 18, 2026
New York, New York

By: s/ Mayer Jotkowitz
Mayer Jotkowitz, Esq.