CLOSED,ECF

# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:26−cv−05708−JSR

Collins v. Meta Platforms, Inc.
Assigned to: Judge Jed S. Rakoff
Demand: $1,000,000
Case in other court: Supreme Court of New York, 157484/2026
Cause: 28:1332 Diversity Action

Date Filed: 07/06/2026
Date Terminated: 08/20/2026
Jury Demand: Plaintiff
Nature of Suit: 190 Contract: Other
Jurisdiction: Diversity

**Plaintiff**

**Karissa Beth Collins**

represented by

**Elliot Elo**
42 West 48th Street
Ste 2nd Floor
New York, NY 10036
212−302−1257
Email: ellioteloesq@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mayer Jotkowitz**
Mayer Jotkowitz
−−
187 Clifton Place
B1
New
Brooklyn, NY 11216
845−304−6728
Fax: 845−304−6728
Email: mjotkowitz@msn.com
*LEAD ATTORNEY*

V.

**Defendant**

**Meta Platforms, Inc.**

represented by

**Bradley Marcus**
Orrick, Herrington & Sutcliffe LLP
2100 Pennsylvania Ave, NW
Washington, DC 20037
202−349−8021
Fax: 202−349−8080
Email: bmarcus@orrick.com
*ATTORNEY TO BE NOTICED*

**Rochelle Frieda Swartz**
Orrick, Herrington & Sutcliffe LLP
51 w. 52nd Street
New York, NY 10019
212−506−5367
Email: rswartz@orrick.com

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/06/2026 | Ï 1 | NOTICE OF REMOVAL from Supreme Court, County of New York. Case Number: 157484/2026. (Filing Fee $ 405.00, Receipt Number ANYSDC−33092372).Document filed by Meta Platforms, Inc.. (Attachments: # 1 Exhibit A − State Court Complaint, # 2 Exhibit B − State Court Summons).(Swartz, Rochelle) (Entered: 07/06/2026) |
| 07/06/2026 | Ï 2 | CIVIL COVER SHEET filed..(Swartz, Rochelle) (Entered: 07/06/2026) |
| 07/06/2026 | Ï 3 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Meta Platforms, Inc...(Swartz, Rochelle) (Entered: 07/06/2026) |
| 07/06/2026 | Ï 4 | CERTIFICATE OF SERVICE of (1) Notice of Removal, dated July 6, 2026, and attached summons and complaint; (2) Civil Cover Sheet, dated July 6, 2026, and (3) Rule 7.1 Statement of Defendant Meta Platforms, Inc., dated July 6, 2026 served on Elliot M. Elo, Esq. on July 6, 2026. Service was made by Mail. Document filed by Meta Platforms, Inc...(Swartz, Rochelle) (Entered: 07/06/2026) |
| 07/07/2026 | Ï 5 | NOTICE OF APPEARANCE by Elliot Elo on behalf of Karissa Beth Collins..(Elo, Elliot) (Entered: 07/07/2026) |
| 07/07/2026 | Ï | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge Jed S. Rakoff. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district−judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf−related−instructions..(pc) (Entered: 07/07/2026) |
| 07/07/2026 | Ï | Magistrate Judge Sarah Netburn is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018−06/AO−3.pdf. (pc) (Entered: 07/07/2026) |
| 07/07/2026 | Ï | Case Designated ECF. (pc) (Entered: 07/07/2026) |
| 07/08/2026 | Ï 6 | NOTICE OF COURT CONFERENCE: Initial Conference set for 7/29/2026 at 11:15 AM before Judge Jed S. Rakoff. ON A TELECONFERENCE LINE AT 11:00am. The dial−in information for the call will be as follows: USA Toll−Free: (855) 244−8681; Access Code: 2317 432 3257. (Signed by Judge Jed S. Rakoff on 7/8/2026) (tro) (Entered: 07/08/2026) |
| 07/10/2026 | Ï | Minute Entry for proceedings held before Judge Jed S. Rakoff: ( Telephonic Initial Pretrial Conference set for 7/29 is adjoiurmed to 8/26/2026 at 11:15 AM before Judge Jed S. Rakoff.The public and parties may access this proceeding by dialing: USA toll free 855−244−8681, Access code 2317 432 3257.). (Kotowski, Linda) Modified on 7/10/2026 (Kotowski, Linda). (Entered: 07/10/2026) |
| 07/10/2026 | Ï | Minute Entry for proceedings held before Judge Jed S. Rakoff:. Oral Argument set for 8/19/2026 at 11:00 AM before Judge Jed S. Rakoff in courtroom 14B of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York City, New York. (Kotowski, Linda) (Entered: 07/10/2026) |
| 07/13/2026 | Ï 7 | MOTION to Transfer Case *or, in the Alternative, Dismiss Plaintiff's Complaint*. Document filed by Meta Platforms, Inc...(Swartz, Rochelle) (Entered: 07/13/2026) |
| 07/13/2026 | Ï 8 | MEMORANDUM OF LAW in Support re: 7 MOTION to Transfer Case *or, in the Alternative, Dismiss Plaintiff's Complaint*. . Document filed by Meta Platforms, Inc...(Swartz, Rochelle) |

| | | |
|---|---|---|
| | | (Entered: 07/13/2026) |
| 07/13/2026 | Ï 9 | DECLARATION of Michael Duffey in Support re: 7 MOTION to Transfer Case *or, in the Alternative, Dismiss Plaintiff's Complaint*.. Document filed by Meta Platforms, Inc.. (Attachments: # 1 Exhibit A − Instagram TOU, # 2 Exhibit B − October 27, 2024 Instagram TOU, # 3 Exhibit C − Meta TOS, # 4 Exhibit D − Meta April 3, 2026 Commercial Terms, # 5 Exhibit E − Meta October 27, 2024 Commercial Terms, # 6 Exhibit F − October 27, 2024 Content Monetization Terms, # 7 Exhibit G − Verified Terms, # 8 Exhibit H − October 27, 2024 Verified Terms).(Swartz, Rochelle) (Entered: 07/13/2026) |
| 07/15/2026 | Ï 10 | AFFIRMATION of KARISSA BETH COLLINS in Opposition re: 7 MOTION to Transfer Case *or, in the Alternative, Dismiss Plaintiff's Complaint*.. Document filed by Karissa Beth Collins. (Attachments: # 1 Exhibit A Meta Your Benefits Screen Captured July 15, 2026 from @thecollinskidsfamily).(Elo, Elliot) (Entered: 07/15/2026) |
| 07/15/2026 | Ï 11 | MEMORANDUM OF LAW in Opposition re: 7 MOTION to Transfer Case *or, in the Alternative, Dismiss Plaintiff's Complaint*. . Document filed by Karissa Beth Collins..(Elo, Elliot) (Entered: 07/15/2026) |
| 07/31/2026 | Ï 12 | **FILING ERROR − DEFICIENT DOCKET ENTRY −** MOTION for Bradley A. Marcus to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−33223234. **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Meta Platforms, Inc.. (Attachments: # 1 Affidavit of Bradley A. Marcus in Support, # 2 Exhibit Certificate of Good Standing − MD, # 3 Exhibit Certificate of Good Standing − DC, # 4 Proposed Order admitting Bradley A. Marcus Pro Hac Vice).(Marcus, Bradley) Modified on 7/31/2026 (bc). (Entered: 07/31/2026) |
| 07/31/2026 | Ï | **>>>NOTICE REGARDING DEFICIENT MOTION TO APPEAR PRO HAC VICE. Notice to RE−FILE Document No. 12 MOTION for Bradley A. Marcus to Appear Pro Hac Vice . Filing fee $ 200.00, receipt number ANYSDC−33223234. Motion and supporting papers to be reviewed by Clerk's Office staff... The filing is deficient for the following reason(s): expired Certificate of Good Standing from Supreme Court of Maryland;. Re−file the motion as a Motion to Appear Pro Hac Vice − attach the correct signed PDF − select the correct named filer/filers − attach valid Certificates of Good Standing issued within the past 30 days − attach Proposed Order.. (bc)** (Entered: 07/31/2026) |
| 08/03/2026 | Ï 13 | MOTION for Bradley A. Marcus to Appear Pro Hac Vice . **Motion and supporting papers to be reviewed by Clerk's Office staff.** Document filed by Meta Platforms, Inc.. (Attachments: # 1 Affidavit of Bradley A. Marcus in Support of Motion to Admit Counsel Pro Hac Vice, # 2 Exhibit Certificate of Good Standing − MD, # 3 Exhibit Certificate of Good Standing − DC, # 4 Proposed Order Admitting Bradley A. Marcus Pro Hac Vice).(Marcus, Bradley) (Entered: 08/03/2026) |
| 08/03/2026 | Ï | **>>>NOTICE REGARDING PRO HAC VICE MOTION. Regarding Document No. 13 MOTION for Bradley A. Marcus to Appear Pro Hac Vice . Motion and supporting papers to be reviewed by Clerk's Office staff.. The document has been reviewed and there are no deficiencies. (bc)** (Entered: 08/03/2026) |
| 08/10/2026 | Ï 14 | REPLY MEMORANDUM OF LAW in Support re: 7 MOTION to Transfer Case *or, in the Alternative, Dismiss Plaintiff's Complaint*. . Document filed by Meta Platforms, Inc...(Swartz, Rochelle) (Entered: 08/10/2026) |
| 08/10/2026 | Ï 15 | DECLARATION of Jennifer Allen in Support re: 7 MOTION to Transfer Case *or, in the Alternative, Dismiss Plaintiff's Complaint*.. Document filed by Meta Platforms, Inc.. (Attachments: # 1 Exhibit I − Instagram TOU, # 2 Exhibit J − Facebook TOS, # 3 Exhibit K − Facebook 2018 TOS, # 4 Exhibit L − Instagram 2018 TOU).(Swartz, Rochelle) (Entered: 08/10/2026) |
| 08/18/2026 | Ï 16 | |

| | | |
|---|---|---|
| | | ORDER FOR ADMISSION PRO HAC VICE granting 13 Motion for Bradley A. Marcus to Appear Pro Hac Vice. (Signed by Judge Jed S. Rakoff on 8/18/2026) (ks) Transmission to Attorney Services/Help Desk. (Entered: 08/18/2026) |
| 08/18/2026 | Ï 17 | NOTICE OF APPEARANCE by Mayer Jotkowitz on behalf of Karissa Beth Collins..(Jotkowitz, Mayer) (Entered: 08/18/2026) |
| 08/19/2026 | Ï | Minute Entry for proceedings held before Judge Jed S. Rakoff: Oral Argument held on 8/19/2026 re: 7 MOTION to Transfer Case *or, in the Alternative, Dismiss Plaintiff's Complaint*. filed by Meta Platforms, Inc.. (Kotowski, Linda) (Entered: 08/19/2026) |
| 08/20/2026 | Ï 18 | MEMORANDUM ORDER granting 7 Motion to Transfer Case. In sum, because Collins's claims are subject to a valid forum selection clause, the Court hereby directs the Clerk of Court to transfer this case to the U.S. District Court for the Northern District of California and to close docket entry 7. SO ORDERED.. (Signed by Judge Jed S. Rakoff on 8/20/2026) (ks) Transmission to Office of the Clerk of Court for processing. (Entered: 08/21/2026) |
| 08/20/2026 | Ï | CASE TRANSFERRED OUT ELECTRONICALLY from the U.S.D.C. Southern District of New York to the United States District Court − District of Northern District of California.(ks) (Entered: 08/31/2026) |
| 08/25/2026 | Ï 19 | TRANSCRIPT of Proceedings re: conference held on 8/19/2026 before Judge Jed S. Rakoff. Court Reporter/Transcriber: Doug Colavito, (212) 805−0320. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 9/15/2026. Redacted Transcript Deadline set for 9/25/2026. Release of Transcript Restriction set for 11/23/2026..(Moya, Goretti) (Entered: 08/25/2026) |
| 08/25/2026 | Ï 20 | NOTICE OF FILING OF OFFICIAL TRANSCRIPT Notice is hereby given that an official transcript of a conference proceeding held on 8/19/26 has been filed by the court reporter/transcriber in the above−captioned matter. The parties have seven (7) calendar days to file with the court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript may be made remotely electronically available to the public without redaction after 90 calendar days....(Moya, Goretti) (Entered: 08/25/2026) |