Michelle L. Visser (State Bar No. 277509)
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
mvisser@orrick.com
(415) 773-5518

Attorney for Defendant Meta Platforms, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARISSA BETH COLLINS,<br><br>Plaintiff,<br>v.<br><br>META PLATFORMS, INC.,<br><br>Defendant. | Case No. 26-cv-9311<br><br>**DEFENDANT META PLATFORMS, INC.'S REPLY MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF ITS MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(B)(6)**<br><br>Date: December 3, 2026<br>Time: 1:30 p.m.<br>Courtroom: Courtroom F – 15th Floor<br>Judge: Peter H. Kang |

On October 5, 2026, following transfer of this case from the Southern District of New York, Defendant Meta Platforms, Inc. ("Meta") filed its Motion to Dismiss Plaintiff's Complaint Pursuant to Rule 12(b)(6) (the "Motion"), along with accompanying documents. ECF No. 23. Pursuant to Local Civil Rule 7-3(a), Plaintiff's opposition to the Motion was due on October 19, 2026. *See* Local Rule 7-3(a) (providing that an opposition to a motion "must be filed and served not more than 14 days after the motion was filed"). As of the date of this filing, Plaintiff has not filed or served any response to Meta's Motion. This failure to respond to Meta's Motion may alone serve as a basis for dismissal. *See, e.g., V.V.V. & Sons Edible Oils Ltd. v. Meenakshi Overseas, LLC*, 946 F.3d 542, 547 (9th Cir. 2019) ("[C]laims can be abandoned if their dismissal is unopposed.") (citing *Jenkins v. Cty. of Riverside*, 398 F.3d 1093, 1095 n.4 (9th Cir. 2005)); *Stichting Pensioenfonds ABP v. Countrywide Fin. Corp.*, 802 F. Supp. 2d 1125, 1132 (C.D. Cal. 2011) ("In most circumstances, failure to respond in an opposition brief to an argument put forward in an opening brief constitutes waiver or abandonment in regard to the uncontested issue.") (cleaned up).

Accordingly, for the reasons stated in Meta's Motion and in light of Plaintiff's failure to file any response in opposition to Meta's Motion, Meta respectfully requests that the Court grant Meta's Motion and dismiss the Complaint without leave to amend.

Dated: October 26, 2026

By: */s/ Michelle L. Visser*

Michelle L. Visser
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
mvisser@orrick.com
(415) 773-5518

Attorney for *Defendant Meta Platforms, Inc.*