Michelle L. Visser (State Bar No. 277509)
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, CA 94105
mvisser@orrick.com
(415) 773-5518

Bradley A. Marcus (*pro hac vice* pending)
ORRICK, HERRINGTON & SUTCLIFFE LLP
2100 Pennsylvania Avenue, NW
Washington, D.C. 20037-3202
bmarcus@orrick.com
(202) 339-8400

Attorneys for Defendant Meta Platforms, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KARISSA BETH COLLINS,

Plaintiff,

v.

META PLATFORMS, INC.,

Defendant.

Case No. 26-cv-9311

**PROOF OF SERVICE**

Next Hearing Date: December 3, 2026
Time: 1:30 p.m.
Courtroom: F – 15th Floor
Judge: Peter H. Kang

I, Bradley A. Marcus, declare:

I am more than eighteen years old and not a party to this action. My business address is Orrick, Herrington & Sutcliffe LLP, 2100 Pennsylvania Avenue, NW, Washington, D.C. 20037. On October 27, 2026, I caused to be served the Court's October 27, 2026 Order (ECF No. 25) by email and first-class mail to the following addresses:

Karissa Collins
160 Santa Lena Court
Decatur, Texas 76234
karissananissa@gmail.com
karissabethphotos@gmail.com
annistandrae@gmail.com

Elliot M. Elo, Esq.
The Law Office of Elliot M. Elo, Esq. PLLC
42 West 48th Street, Floor 2
New York, NY 10036
elliot@elolawfirm.com
ellioteloesq@aol.com
paralegal2@elolawfirm.com
alain@elolawfirm.com

Mayer Jotkowitz, Esq.
187 Clifton Place #B1
Brooklyn, NY 11216
mjotkowitz@gmail.com

I declare under penalty of perjury that the above is true and correct. Executed on November 2, 2026, at Washington, D.C.

Bradley A. Marcus